UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN MARK RUIZ,

    Plaintiff,

v.                                                                         CASE NO: 8:07-cv-1233-T-26EAJ

THE TOWN OF INDIAN SHORES, FLORIDA,
et al.,

    Defendants.
                                      /

**O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that the Joint Motion to Strike Expert's Testimony and Motion in Limine to Preclude Use of Expert's Testimony for Summary Judgment and Trial (Dkt. 80) is denied without prejudice to being renewed at the appropriate juncture of the trial proceedings at which time the Court will conduct a *Daubert* hearing with regard to the admissibility of the proffered expert testimony of Plaintiff's expert witness, Mr. Donald E. Pullease, in accord with the principles announced in Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993). See Cook v. Sheriff of Monroe Cty., 402 F.3d 1092, 1113 (11th Cir. 2005) (recognizing that a *Daubert* hearing is not required prior to trial, especially when there is only one proffered expert in an

uncomplicated case); accord East Coast Brokers and Packers, Inc. v. Seminis Vegetable Seeds, Inc., 2008 WL 5093602 (M.D. Fla. 2008).

However, the Court is concerned whether any expert should be allowed to opine on whether arguable probable cause did or did not exist in this case inasmuch as such opinion testimony may invade the province of the jury. Consequently, the parties shall address that issue in their trials briefs.

**DONE AND ORDERED** at Tampa, Florida, on September 8, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record