**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


JOHNATHAN MARK RUIZ,

      Plaintiff,

v.                              CASE NO: 8:07-cv-1233-T-26EAJ

TOWN OF INDIAN SHORES, FLORIDA, et al.,

      Defendants.

_____/


**O R D E R**

      Upon due consideration, it is ordered and adjudged that the Joint Motion and Stipulation

to Stay Action Pending Appeal (Dkt. 137) is granted. All proceedings in this case are stayed

pending the resolution of Defendant Wiseman's interlocutory appeal by the Eleventh Circuit

Court of Appeals. The status conference scheduled for October 20, 2009, is cancelled. The

Clerk is directed to administratively close this case during the period of the stay.

      **DONE AND ORDERED** at Tampa, Florida, on October 16, 2009.


                    _s/Richard A. Lazzara_____
                    **RICHARD A. LAZZARA**
                    **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record