# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JONATHAN MARK RUIZ,

    Plaintiff,

v.                                                                     CASE NO: 8:07-cv-1233-T-26EAJ

TOWN OF INDIAN SHORES, FLORIDA, et al.,

    Defendants.
                                                   /

## O R D E R

Upon due consideration, it is ordered and adjudged that the Motions for Summary Judgment (Dkts. 144, 145, and 146) are denied as unnecessary. The Court is well aware of its obligation on remand to adhere strictly to the judgment and mandate of the Eleventh Circuit Court of Appeals filed in this case on September 1, 2010, at docket 142, and need not be reminded of that fact by Defendants. Defendants can rest assured that to the extent the Eleventh Circuit's judgment and mandate dictate the granting of the relief requested in the motions, such relief will be granted.

    **DONE AND ORDERED** at Tampa, Florida, on September 2, 2010.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record