UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNATHAN MARK RUIZ,

    Plaintiff,

v.     CASE NO: 8:07-cv-1233-T-26EAJ

THE TOWN OF INDIAN SHORES, FLORIDA, et al.,

    Defendants.
    _____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant Wiseman's Motion for Entry of Scheduling Order (Dkt. 155) is denied. This Court's policy is to have the parties address any evidentiary disputes, including the admissibility of expert testimony, in their trial briefs. The Court will then decide whether to convene an evidentiary hearing before the trial or to conduct such a hearing during the course of the trial outside the presence of the jury.

**DONE AND ORDERED** at Tampa, Florida, on September 22, 2010.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record